PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Allen Yehuda Pollak  Cr.: 15-00476-001
PACTS #: 1675712

Name of Sentencing Judicial Officer:  THE HONORABLE ANNE E. THOMPSON
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/27/2017

Original Offense:  18 U.S.C. § 1957 & 2: Wire Fraud

Original Sentence: 36 months' probation

Special Conditions: 12 months of Location Monitoring, Financial Disclosure, No New Debt/Credit, Self-Employment/Business Disclosure, $100 Special Assessment, Fine of $1,000, Restitution - $1,860,609.64

Type of Supervision: Probation  Date Supervision Commenced: 03/27/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failed to satisfy restitution. |

U.S. Probation Officer Action:

Throughout his term of probation, Pollak paid a total of $4,900. The offender's supervision is due to expire on March 26, 2020, with an outstanding restitution balance of $1,855,809.64 and a fine of $1,000. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the offender's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Respectfully submitted,

*Elisa Martinez*/km

By: Elisa Martinez
    Supervising U.S. Probation Officer
Date: 12/02/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Allow Supervision to Expire as Scheduled on March 26, 2020 (as recommended by Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other (as recommended by the Probation Office)

_____
Signature of Judicial Officer

02/13/19
_____
Date